■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIO ANTONIO VARGAS, Appellant.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY T. DANIELS, JR., Appellant, v. W. CECIL JOHNSTON, as Superintendent of Matteawan State Hospital, Respondent.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.

■ DELIA FLEMMING et al., Respondents, v. LUCIEN C. WILLIAMS et al., Appellants.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.